FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-22-00029-CR

Shaun Andrew **HAGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-02-12709-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellant Shaun Andrew Haga was convicted of murder, and the trial court sentenced him on October 1, 2021. Appellant timely filed a motion for new trial which extended the deadline to file a notice of appeal to December 30, 2021. *See* Tex. R. App. P. 26.2(a)(2).

On January 12, 2022, Appellant filed a motion for an extension of time to file a notice of appeal. *See id.* R. 26.3.

Appellant's motion for an extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is due not later than January 14, 2022. *See id.*; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court